(No. 14187.—Judgment affirmed.)

THE PEOPLE *ex rel.* C. W. Frazier, County Collector, Appellee, *vs.* THE CLEVELAND, CINCINNATI, CHICAGO AND ST. LOUIS RAILWAY COMPANY, Appellant.

*Opinion filed December 22, 1921.*

This case is controlled by the decision in *People* v. *Payne,* 296 Ill. 483.

APPEAL from the County Court of White county; the Hon. ULYS PYLE, Judge, presiding.

P. J. KOLB, and J. A. PEARCE, (L. J. HACKNEY, and H. N. QUIGLEY, of counsel,) for appellant.

Mr. JUSTICE THOMPSON delivered the opinion of the court:

The question presented in this case is the identical question presented in the objection to the school tax in *People* v. *Payne,* 296 Ill. 483. Appellant contends that the decision rendered in that case was due to a misconception of the provisions of the statutes involved and urges that the decision be overruled. We have considered its argument on the question and adhere to the former decision.

The judgment of the county court of White county is therefore affirmed.    *Judgment affirmed.*